# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**GLENN M. WEINSTEIN,**

    Plaintiff,

v.                                                                                       No. 14-cv-0359 SMV

**CAROLYN W. COLVIN, Acting Commissioner of**
**Social Security Administration,**

    Defendant.

## JUDGMENT

    Having granted Plaintiff's Motion to Reverse Agency Decision and Remand for Rehearing, with Supporting Memorandum [Doc. 19] by a Memorandum Opinion and Order entered concurrently herewith,

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

    **IT IS SO ORDERED.**

                                                                            **STEPHAN M. VIDMAR**
                                                                            **United States Magistrate Judge**
                                                                            **Presiding by Consent**